UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARVIN VASQUEZ and YOLANDA VASQUEZ,

    Plaintiffs,

v.    Case No: 6:15-cv-1175-Orl-41TBS

STONEYBROOK WEST MASTER ASSOCIATION, INC. and SENTRY MANAGEMENT ASSOCIATION, INC.,

    Defendants.

## ORDER

The returns of service filed by Plaintiffs state that both Defendants were served on July 21, 2015[1] (Docs. 12-13). Accordingly, Defendants have through today, August 11, 2015 within to respond to Plaintiffs' complaint. Defendants have filed a timely, unopposed motion for a 14 day extension to respond to the complaint (Doc. 16). Plaintiffs have filed premature motions for the entry of Clerk's defaults against both Defendants (Docs. 14-15). Now, after due consideration:

    (1) Plaintiffs' Motion for Default Against Stoneybrook West Master Association, Inc. (Doc. 14) is **DENIED**.

    (2) Plaintiffs' Motion for Default Against Sentry Management Association, Inc. (Doc. 15) is **DENIED**.

    (3) Defendants' Unopposed Motion for Enlargement of Deadline to Respond to Plaintiffs' Complaint (Doc. 16) is **GRANTED**. Defendants have through August 25, 2015

---

[1] The Court makes no finding concerning the sufficiency of service of process on either Defendant.

to respond to Plaintiffs' complaint.

      **DONE** and **ORDERED** in Orlando, Florida on August 11, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record